# ATTACHMENT A

ATTACHMENT A

| **Defined Term** | **Description** |
|---|---|
| Access Action | *Wells Fargo Bank, N.A., as Trustee for the benefit of holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2018-PHH, Commercial Mortgage Pass-Through Certificates, Series 2018-PHH, and Chad Crandell, solely in his capacity as court-appointed receiver in Case No. 2020CH05460 v. Thor Palmer House Office, LLC, a Delaware limited liability company; Thor Palmer House Hotel & Shops LLC, a Delaware limited liability company; and Thor Palmer House Hotel LLC, a Delaware limited liability company*, Civil Action No. 2023 CH 06380 (Circuit Court of Cook County, Illinois, Chancery Division) |
| Annex | Office/annex building owned by Borrower's affiliate Thor Palmer House Office, LLC |
| Borrower | Thor Palmer Hotel & Shops LLC |
| Cook County Litigation | The consolidated action pending in Cook County, Illinois consisting of the Access Action and the Foreclosure Action |
| Foreclosure Action | *Wells Fargo Bank, N.A., as Trustee for the benefit of holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2018-PHH, Commercial Mortgage Pass-Through Certificates, Series 2018-PHH v. Thor Palmer House Hotel & Shops LLC, a Delaware limited liability company, et al.*, Case No. 2020 CH 05460 (Circuit Court of Cook County, Illinois, Chancery Division) |
| Guarantor | Thor Urban Operating Fund, L.P. |
| Guaranty | Guaranty and Security Agreement dated June 8, 2022 |
| Hotel | Hilton Palmer House Hotel, Chicago, Illinois |
| JPMCB | JPMorgan Chase Bank |

1

US2008 29956190 1

| **Defined Term** | **Description** |
|---|---|
| Loan Agreement | Loan Agreement dated June 8, 2018, between JPMorgan Chase Bank and Thor Palmer Hotel & Shops LLC |
| Loan Documents | The Loan Agreement, the Note, the Mortgage, the Guaranty (a related agreement also dated June 8, 2018), and all other documents evidencing, securing, or relating to the Loan |
| Loan | $333 million loan from JPMorgan Chase bank to Thor Palmer Hotel & Shops LLC |
| MLPA | Mortgage Loan Purchase Agreement dated August 7, 2018 |
| Note | Promissory Note dated June 8, 2018, in the original principal amount of $333,200,000 between JPMCB and Borrower |
| REA | Reciprocal Easement and Operating Agreement dated December 11, 2006 |
| Situs | Situs Holdings, LLC |
| Special Servicer | Situs Holdings, LLC |
| Temporary License Agreement | Temporary License Agreement, dated December 11, 2009 (and its amendments through August 20, 2018) |
| Thor Hotel | Thor Palmer House Hotel, LLC |
| Thor Office | Thor Palmer House Office, LLC |
| Thor Retail | Thor Palmer House Retail Shops, LLC |
| Trust | J.P. Morgan Chase Commercial Mortgage Securities Trust 2018-PHH |
| Trustee | Wells Fargo Bank, N.A. |
| TSA | Trust and Servicing Agreement dated August 7, 2018 |

US2008 29956190 1