# EXHIBIT 6



Doc#: 0634644079 Fee: $34.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 12/12/2006 01:12 PM Pg: 1 of 6

Lawyers Unit #11344 Case # 1094042

# MEMORANDUM OF LICENSE

Property Address: 101-119 S. State Street, 21 E. Monroe Street,
106-122 S. Wabash Avenue and
130-132 S. Wabash Avenue
Chicago, Illinois

P.I.N. # 17-15-102-005 – # 17-15-102-006
# 17-15-102-010 - # 17-15-102-011

---

PREPARED BY;
Wachtel & Masyr, LLP
110 East 59th Street
New York, New, York 10022
Attention: Harry A. Kritzer

And RETURN TO:
Wachtel & Masyr, LLP
110 East 59th Street
New York New, York 10022
Attention: Harry A. Kritzer

LANDAMERICA / LAWYERS TITLE
COMMERCIAL SERVICES 11344
10 S. LA SALLE STREET
SUITE 2500
CHICAGO, IL 60603

## MEMORANDUM OF LICENSE

This Memorandum of License is dated this 11th day of December, 2006 by and Thor Palmer House Office LLC, a Delaware limited liability company having an address at 139 Fifth Avenue, New York, NY 10010 ("Licensor") and Thor Palmer House Hotel LLC, a Delaware limited liability company having an address at 139 Fifth Avenue, New York, NY 10010 ("Licensee").

1. **License dated:** December 11, 2006
2. **Licensed Premises:** See Exhibit A annexed hereto
3. **License Term:** Commencing on the date hereof and expiring on the third (3rd) anniversary of the date hereof.

The purpose of this Memorandum of License is to give notice of the License and the rights created thereby, all of which are hereby confirmed, and this Memorandum of License is subject to all of the terms, conditions, provisions, covenants and agreements contained in said License, all of which are incorporated herein by reference.

*[signatures appear on the next page]*

G:\CLIENT DOCUMENTS\S\Sitt, Joe\Palmer House Hilton\Anglo Irish Refinance\License\Temporary License Agreement v3.DOC

9

Order: 22000031260                Page 2 of 6    REQUESTED BY: Milena Gueorguieva , Printed: 7/1/2022 11:06 AM
Doc: 634644079 MEM 12-12-2006

IN WITNESS WHEREOF, the parties have hereto executed this memorandum of license as of the date first above written.

**LICENSEE:**

**THOR PALMER HOUSE HOTEL LLC**, a
Delaware limited liability company

By: _____
Name: **MORRIS MISSRY**
Its: **Authorized Signatory**

**LICENSOR:**

**THOR PALMER HOUSE OFFICE LLC**, a
Delaware limited liability company

By: _____
Name: **MORRIS MISSRY**
Its: **Authorized Signatory**

C:\Documents and Settings\mshaynes\Local Settings\Temporary Internet Files\OLKB\Temporary License Agreement v3.DOC

10

Order: 22000031260                                    Page 3 of 6   Requested By: Milena Gueorguieva , Printed: 7/1/2022 11:06 AM
Doc: 634644079 MEM 12-12-2006

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

On the 11th day of December, in the year 2006, before me, the undersigned a Notary Public in and for said state, personally appeared **MORRIS MISSRY**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

MIA STEVENS HAYNES
Notary Public, State of New York
No. 02ST6113352
Qualified in New York County
Commission Expires _____

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

On the 11th day of December, in the year 2006, before me, the undersigned a Notary Public in and for said state, personally appeared **MORRIS MISSRY**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

MIA STEVENS HAYNES
Notary Public, State of New York
No. 02ST6113352
Qualified in New York County
Commission Expires _____

G:\CLIENT DOCUMENTS\S\Sitt, Joe\Palmer House Hilton\Anglo Irish Refinance\License\Temporary License Agreement v3.DOC

# EXHIBIT A

Annex Building, Hotel uses:

Lobby level:

Public bathrooms for Hotel lobby / telephone equipment room
3,900 Sf

2nd floor:

Hotel Employee cafeteria
3,900 Sf

3rd floor:

Wabash Room, small hotel meeting space
3,900 Sf

4th floor:

Hotel sales office
3,900 Sf

5th floor:

Hotel Phone reservations office
3,900 Sf

6th floor:

Mechanical room, fans, air handling equipment
3,900 Sf

G:\CLIENT DOCUMENTS\S\Sitt, Joe\Palmer House Hilton\Anglo Irish Refinance\License\Temporary License Agreement v3.DOC

Order: 22000031260                                              Page 5 of 6    Requested By: Milena Gueorguieva , Printed: 7/1/2022 11:06 AM
Doc: 634644079 MEM 12-12-2006

# EXHIBIT A

## LEGAL DESCRIPTION

THAT PART OF LOTS 1 AND 4 OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO, BOUNDED IN FRACTIONAL SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: COMMENCING AT A POINT ON A LINE PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF LOT 8 IN BLOCK 3 AFORESAID, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, AND THE WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET TO THE POINT OF BEGINNING; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE NORTH 89°42'31" EAST ALONG SAID SOUTH LINE 85.20 FEET TO THE WEST LINE OF SOUTH WABASH AVENUE; THENCE SOUTH 00° 00'27" WEST ALONG SAID WEST LINE 100.56 FEET TO THE PLACE OF BEGINNING; IN COOK COUNTY, ILLINOIS

PIN:       Part of: 17-15-102-005; 17-15-102-006;
           17-15-102-010; 17-15-102-011

Address:   27 East Monroe Street and 124 South Wabash Avenue, Chicago, Illinois 60603

CHGO2\40157327.1