USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/07/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLS FARGO BANK, N.A., *not in its individual capacity, but solely in its Capacity as Trustee for the Benefit of Holder of J.P. Morgan Chase Commercial Mortgage Securities Trus 2018-PHH, acting by and through Situs Holdings, LLC, as special servicer under the Trust and Servicing Agreement, dated August 7, 2018*,

Plaintiff,

-v-

THOR URBAN OPERATING FUND, L.P.,

Defendant.

24-cv-4339 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On March 21, 2025, the Court entered a stay pending a final decision in the "Cook County Litigation," as defined at Dkt. No. 32. Over a year and a half has passed since the Court's order. Accordingly, the parties are ordered to submit a status letter on November 2, 2026, and the first Monday of every three months thereafter, beginning February 1, 2027, apprising the Court of any developments in the Cook County Litigation and any other further action needed in this case.

SO ORDERED.

Dated: October 7, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge